# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Wallace James Beaulieu,
    Plaintiff, *Pro Se*

VS.                                    Civil No. 11-CV-2755 (DWF/JFD)

Lucinda Jesson, et al.,
    Defendants.                    **CHANGE OF ADDRESS**

---

Clerk,

    Plaintiff in the above-entitled matter has been transferred has been transferred from the MSOP-Moose Lake Facility to the MSOP-St. Peter facility. Please direct any future correspondence to plaintiff at the following mailing address:

        Wallace James Beaulieu
        100 Freeman Drive
        St. Peter, MN 56082

Thank You for your attention in this matter!

Dated: September 13, 2022.

                Sincerely,

                *Wallace J Beaulieu*
                Wallace James Beaulieu
                Plaintiff, Pro Se