## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Wallace James Beaulieu, | Civil No. 11-2755 (DWF/JFD) |
| Plaintiff, | |
| v. | |
| Dennis Benson, *in his individual capacity*, Nancy Johnston[1], *in her official capacity*, Kevin Moser, Kevin Browne, Susan Johnson, Terry Kniesel, Blake Carey, Julianna Beavons, William Gullickson, Jim Lind, Laurie Severson, Beth Virden, Yvette Anderson, Kelli Miner, Jason Rengo, Greg Swenson, Colleen Fallon, John Doe Staff, Jane Doe Staff[2], *all in their official and individual capacities*, | MEMORANDUM OPINION AND ORDER |
| Defendants. | |

This matter is before the Court on Plaintiff Wallace James Beaulieu's motion to appoint counsel and request for an extension of time to respond to Defendants' motion to dismiss. (Doc. No. 55.) Defendants oppose Plaintiff's request for an extension of time. (Doc. No. 58.) While Plaintiff filed his motion as a "request for the appointment of

---

[1] Nancy Johnston has succeeded Dennis Benton as Chief Executive Officer of MSOP. Johnston has replaced Benson under Federal Rule of Civil Procedure 25(d) with respect to Beaulieu's claims against Benson in his official capacity.

[2] In a separate Order, this Court dismissed without prejudice Beaulieu's claims against Lucinda Jesson, Elizabeth Barbo, Tracy Gebhart, Scott Benoit, Sara Kulas, Mark Wilmes, Ann Zimmerman, Ralph Schmidt, Jamie Jungers, Thane Murphy, Diana Maagard, Robert Rose, Brian Ninneman, Thomas Lundquist, Tara Osborne, Kent Johannsen, Teresa Kneis, and Jane Stinar. (Doc. No. 29.)

counsel," Plaintiff actually requests that the Court "refer this case to the 'Pro Se' litigation board." (Doc. No. 55 at 1.) Having considered the motion and all the files, records, and proceedings herein, the Court grants Plaintiff's motion. By separate correspondence, the Court will refer Plaintiff to the *Pro Se* Project. Additionally, the Court will grant Plaintiff's request for an extension of time to respond to Defendants' motion to dismiss.

### ORDER

Based upon the record before the Court, and the Court being otherwise duly advised in the premises, **IT IS HEREBY ORDERED** that:

1. Plaintiff Wallace James Beaulieu's motion to appoint counsel (request for referral to the *Pro Se* Project) (Doc. No. [55]) is **GRANTED** to the extent that the Court will refer Plaintiff to the *Pro Se* Project.

2. Plaintiff shall have until June 9, 2023, to file his response to Defendants' motion to dismiss.

3. By separate correspondence, the Court will refer Plaintiff to the *Pro Se* Project.

Dated: April 27, 2023          s/Donovan W. Frank  
                                                DONOVAN W. FRANK  
                                                United States District Judge